Clyde O. REED, Movant,

v.

ORKIN EXTERMINATING COMPANY et al., Repondents.

Supreme Court of Kentucky.

May 5, 1981.

McCracken Circuit Court, No. 79–CI–086.

Mark D. Pierce, Paducah, for movant.

Gary B. Houston, Paducah, for appellees, Orkin Exterminating Co. and Hewitt, Coleman & Associates.

John E. Stephenson, Asst. Counsel, Dept. of Labor, Louisville, Kenneth E. Hollis, General Counsel, Dept. of Labor, Frankfort, John Riehl, Jr., Asst. Counsel, Dept. of Labor, Louisville, for appellee, Eugene F. Land (Successor to James R. Yocum).

OPINION AND ORDER

The decision of the Court of Appeals with respect to the Special Fund is affirmed. With respect to Orkin, under our opinion in *Yocom v. Harrison*, Ky., 517 S.W.2d 231 (1975), the issue of causation is foreclosed in the claimant's favor, and the decision of the Court of Appeals is reversed. The cause is therefore remanded to the Workmen's Compensation Board with directions that it make an appropriate award.

All concur.

ENTERED May 5, 1981.

/s/ John S. Palmore
Chief Justice